USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/28/24

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANHUI LIGHT INDUSTRIES INTERNATIONAL
CO., LTD.

                Petitioner,

v.

PRABAL GURUNG, LLC,

                Respondent.
-------------------------------------------------------------X

1:23-cv-11095-VM

**DEFAULT JUDGMENT**

This action having been commenced on December 21, 2023 by the filing of a Petition, and same having been served on Respondent Prabal Gurung, LLC a corporation, on January 24, 2024, by service on a general agent thereof, who stated that she is authorized to accept service on behalf of Respondent, and proof of service having been filed on March 12, 2024, and the Respondent not having answered the Petition and the time for doing so having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Petitioner have judgment against Respondent in the amount of

(1) $549,978 with interest at 0.8 % from July 10, 2022 amounting to $ 558,765.43; plus

(2) attorney's fees and costs awarded in the Arbitration Award in the amount of $ 20,709.88.

The foregoing amounts to a total default judgment of $ 579,475.31.

The Clerk of Court is respectfully directed to close the motion entered at Dkt. No. 17 and to close this case.

Dated: New York, NY
       Aug. 28, 2024

_____
Victor Marrero
United States District Judge